**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **JEFERSON ROGERIO FAUSTO DE OLIVEIRA,** | : | **Case No. 1:26-cv-425** |
| | : | |
| **Petitioner,** | : | **District Judge Susan J. Dlott** |
| | : | |
| **vs.** | : | **Magistrate Judge Peter B. Silvain, Jr.** |
| | : | |
| **ACTING FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, DETROIT FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT,** *et al.*, | : | |
| | : | |
| **Respondents.** | | |

## ORDER

Petitioner, Jeferson Rogerio Fausto De Oliveira, brings this petition for a writ

of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and

pursuant to its authority under the All Writs Act, the Court **ORDERS** that

Respondents shall neither remove Fausto De Oliveira from this District nor allow

him to be removed from this District unless or until the Court orders otherwise.[1]

*See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the

---

[1]  The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to immediately provide a copy of the petition and its accompanying papers, along with a copy of this Order, to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to promptly note proof of such service on the docket. Counsel for Respondents shall promptly file a notice of appearance.

It is further **ORDERED** that Respondents shall file a return of writ within **seven (7) days** of the date of service and, if Petitioner elects to file a reply, Petitioner may do so no later than **seven (7) days** after service of the return of writ.

**IT IS SO ORDERED.**

April 30, 2026                             S/Susan J. Dlott
SUSAN J. DLOTT
United States District Judge

2